IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 08-10490
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 3, 2008

Charles R. Fulbruge III
Clerk

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Plaintiff

v.

GERALD LEO ROGERS, also known as
JAY ROGERS, also known as JAY RODGERS

Defendant-Appellant

v.

KELLY M. CRAWFORD

Appellee

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:05-CV-415)

_____

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Affirmed. See Rule 47.6.

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.